UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KISHA DAVIS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 07-1593 FFM<br><br>**JUDGMENT OF REMAND** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** by the Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), lodged concurrently with the lodging of the within Judgment of Remand, that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: September 24, 2008       / s /  FREDERICK F. MUMM
                                                   HON. FREDERICK F. MUMM
                                                   UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Michael A. Cabotaje*
MICHAEL A. CABOTAJE
Special Assistant United States Attorney

Attorneys for Defendant

2